IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW C. ZAGALA, C-66981, ) | |
| ) | |
| Petitioner, ) | No. C 13-0643 CRB (PR) |
| ) | |
| vs. ) | ORDER OF TRANSFER |
| ) | |
| E. VALENZUELA, Acting Warden, ) | (Docket # 5) |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner seeks federal habeas review of the execution of a sentence imposed by Los Angeles County Superior Court, which lies in the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Petitioner is incarcerated at the California Men's Colony in San Luis Obispo County, which also lies in the Central District of California, Western Division. See id.

Venue is proper in a habeas action in either the district of conviction or the district of confinement, id. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).

1   Because San Luis Obispo County lies in the Central District of California,
2   Western Division, the court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas
3   Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the
4   United States District Court for the Central District of California, Western Division.
5   The clerk shall transfer this matter and terminate all pending motions as moot.
6   SO ORDERED.
7   DATED:  May 22, 2013                              _____
8                                                    CHARLES R. BREYER
                                                     United States District Judge

G:\PRO-SE\CRB\HC.13\Zagala, M.13-0643.transfer.wpd